THE STATE EX REL. THOMPSON, APPELLEE AND CROSS-APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLANT AND CROSS-APPELLEE.

[Cite as *State ex rel. Thompson v. Indus. Comm.* (1998), 82 Ohio St.3d 254.]

(No. 95–2315—Submitted May 12, 1998—Decided June 24, 1998.)

*Shapiro, Kendis & Assoc. Co., L.P.A., Rachel B. Jaffy* and *James D. Kendis,* for appellee and cross-appellant.

*Betty D. Montgomery,* Attorney General, and *Sandra L. Nimrick,* Assistant Attorney General, for appellant and cross-appellee.

The judgment of the court of appeals is affirmed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

COOK and LUNDBERG STRATTON, JJ., dissent.

LUNDBERG STRATTON, J., dissenting. I would reverse the judgment of the court of appeals and deny the writ.

COOK, J., concurs in the foregoing dissenting opinion.